LEWIS et al., Respondents, v. TOWNSEND, Appellant, et al. (Supreme Court, Appellate

Division, First Department. March 14, 1913.) Action by Grace E. Lewis and others against Charles De K. Townsend, impleaded with others. Jeremiah Wood, of New York City, for appellant. R. B. Honeyman, of New York City, for respondents. No opinion. Order (79 Misc. Rep. 61, 140 N. Y. Supp. 500) affirmed, with $10 costs and disbursements. Order filed.